**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | | |
|---|---|---|
| CHARLESTINA BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  0:11-cv-01586 |
| vs. | ) | |
| | ) | |
| GC SERVICES, L.P., | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, CHARLESTINA BANKS, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

Respectfully submitted,

/s/ James M. Ervin
James M. Ervin
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC 29072
Telephone:  (888) 493-0770, ext. 308
Facsimile:  (866) 551-7791
james@luxenburglevin.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 30, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                         /s/ James M. Ervin
                                         James M. Ervin
                                         Luxenburg & Levin, LLC
                                         600 Columbia Avenue
                                         Lexington, SC 29072
                                         Telephone: (888) 493-0770, ext. 308
                                         Facsimile: (866) 551-7791
                                         james@luxenburglevin.com
                                         Attorney for Plaintiff